**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**NOTICE OF CASE FILING**

Date Case filed: **March 16, 2020**

Style of Case: **Jane Doe**
**v.**
**Texas Southern University, et al.**

Case number: **4:20−cv−00968**

District Judge assigned: **Judge Lynn N. Hughes**

Nature of Claim: **Complaint NOS 320**

    The Court has granted your application for leave to proceed *in forma pauperis*. You should have already received a copy of the order granting your application. Because the court has granted your application, the above civil action number has been assigned to your case and all future filings or correspondence regarding your case must include this number.

    If you submitted your complaint at the time of filing your application, it has been filed in the case with the civil action number. If you did not submit your complaint along with your application, you may file it now under the civil action number referenced above.

    It is your responsibility to prepare and have one summons issued for each of the defendants named in your complaint pursuant to Fed. R. Civ. P. 4. The AO 440 summons form is available on the U.S. Courts website, www.uscourts.gov, in the Forms section. You are also responsible for service of the summons and complaint unless otherwise ordered by the court. If you do not have summons issued and served within 90 days of the filing of your complaint, the court may dismiss it, ending your case.

**Your case has been filed as a Complaint.**

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

**United States District Clerk's Office**
**P.O. Box 61010**
**Houston, TX 77208−1010**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: March 18, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**NOTICE OF THE RIGHT TO TRY
A CIVIL CASE BEFORE A MAGISTRATE JUDGE**

With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Jane Doe | § | |
| | § | |
| *versus* | § | Civil Action 4:20–cv–00968 |
| | § | |
| Texas Southern University, et al. | § | |

## Consent to Proceed Before a Magistrate Judge

    All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____  _____

_____  _____

## Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____  _____
Date                                                                              United States District Judge