# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **JANE DOE,** | DOCKET NO.: |
| *Plaintiff,* | |
| v. | |
| **TEXAS SOUTHERN UNIVERSITY, TEXAS SOUTHERN UNIVERSITY'S BOARD OF REGENTS, DEPARTMENT OF PUBLIC SAFETY, THURGOOD MARSHALL SCHOOL OF LAW & HOUSTON'S LOUIS STOKES ALLIANCE FOR MINORITY PARTICIPATION** | **CIVIL ACTION:** 4:20-CV-00968 |
| *Defendants.* | |

United States Courts
Southern District of Texas
FILED

JUN 04 2020

David J. Bradley, Clerk of Court

# MOTION TO PROCEED WITH FICTICOUS NAME OF PSEUDONYMOUSLY

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff files this motion to be granted permission to proceed pseudonymously with fictitious name "Jane Doe" for all causes of action brought through this Complaint which would otherwise publish important privacy interests of all parties.

**MOTION TO GRANT ACCESS TO CASE MANAGEMENT/ELECTRONIC CASE FILING SYSTEM**

Respectfully submitted,

*/s/ Jane Doe*
9401 Beechnut St. Apt 606
Houston, Texas 77036 – 6610
PRO SE LITIGANT

MOTION TO GRANT ACCESS TO CASE MANAGEMENT/ELECTRONIC CASE FILING SYSTEM