IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JANE DOE,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TEXAS SOUTHERN UNIVERSITY, TEXAS SOUTHERN UNIVERSITY'S BOARD OF REGENTS, DEPARTMENT OF PUBLIC SAFETY, THURGOOD MARSHALL SCHOOL OF LAW & HOUSTON'S LOUIS STOKES ALLIANCE FOR MINORITY PARTICIPATION**<br><br>*Defendants.* | DOCKET NO.:<br><br><br>CIVIL ACTION:<br>4:20-CV-00968<br><br>United States Courts<br>Southern District of Texas<br>F I L E D<br><br>JUN 04 2020<br><br>David J. Bradley, Clerk of Court |

# MOTION TO GRANT ACCESS TO CASE MANAGEMENT/ELECTRONIC CASE FILING SYSTEM

TO THE HONORABLE JUDGE OF SAID COURT:

Due to the widespread of COVID-19 and in the interest of the health of Plaintiff, court officials and the general public, Plaintiff files this motion to be granted access to the Case Management/Electronic Case Files (CM/ECF)

system, a Federal Judiciary's comprehensive case management system for all bankruptcy, district, and appellate courts for all future filings in an effort limit physical interactions with courts officials to ensure the safety of Harris County.

Respectfully submitted,

*/s/ Jane Doe*
9401 Beechnut St. Apt 606
Houston, Texas 77036 – 6610
**PRO SE LITIGANT**