IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE,<br>*Plaintiff,*<br><br>v.<br><br><br>NATIONAL SCIENCE FOUNDATION<br>TEXAS SOUTHERN UNIVERSITY,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>Civil Action No. 4:20-CV-00968 |

**DEFENDANT'S SECOND ADVISORY REGARDING PLAINTIFF'S FAILURE TO OPPOSE THIRD MOTION TO DISMISS**

Defendant Texas Southern University ("TSU") files this Second Advisory Regarding Plaintiff's Failure to Oppose TSU's Third Motion to Dismiss, and respectfully shows the court as follows:

On January 29, 2021, TSU filed its Third Motion to Dismiss. Doc. No. 45. Pursuant to the Local Rules of the Southern District of Texas, Plaintiff had until February 19, 2021 to respond, but failed to do so. Local Rule 7.3 and 7.4.

On February 24, 2021, Defendant filed an advisory regarding Plaintiff's failure to oppose the motion. Doc. No. 51. At some point thereafter, Plaintiff apparently contacted and informed the court (but not defense counsel) that due to the recent weather event she was unable to timely file a response, and the court ordered her response due no later than March 10, 2021. Doc. No. 52. That deadline has now passed and Plaintiff has failed to respond to the motion. Nor has she requested additional time to respond. Because no

response was filed, Plaintiff has represented to the court that she does not oppose TSU's Third Motion to Dismiss. Local Rule 7.4.

Accordingly, TSU's Third Motion to Dismiss should be granted thereby dismissing all claims by Plaintiff against TSU with prejudice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
SHAWN COWLES
Deputy Attorney General for Civil Litigation
THOMAS A. ALBRIGHT
Chief - General Litigation Division

/s/ Jason T. Contreras
JASON T. CONTRERAS
Texas Bar No. 24032093
Southern Dist. Bar No. 706042
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
E-mail: Jason.Contreras@oag.texas.gov
**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served through the Court's EM/ECF system on March 12, 2021 to:

Jane Doe
9401 Beechnut St Apt 606
Houston TX 77036
Janedoe.420cv00968@icloud.com

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General