UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 02, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Jane Doe,<br>　　Plaintiff,<br><br>v.<br><br>Texas Southern University,<br>Texas Southern University's<br>Board of Regents, Thurgood<br>Marshall School of Law,<br>Texas Southern University's<br>Department of Public Safety,<br>　　Defendants. | Civil Action H-20-968 |

## Order of Adoption

On June 16, 2021, Magistrate Judge Peter Bray recommended that the court dismiss this action for failure to prosecute. (57) Neither party filed objections. The court adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on July ____, 2021.

Lynn N. Hughes
United States District Judge