UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 02, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Jane Doe,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action H-20-968 |
| | § | |
| Texas Southern University,<br>Texas Southern University's<br>Board of Regents, Thurgood<br>Marshall School of Law,<br>Texas Southern University's<br>Department of Public Safety,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

# Final Judgment

Jane Doe's complaint is dismissed with prejudice. Doe takes nothing from Defendants.

Signed at Houston, Texas, on July 1, 2021.

Lynn N. Hughes
United States District Judge